**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1742**

LARRY MILLER; 11TH SENATORIAL DISTRICT REPUBLICAN
COMMITTEE,

Plaintiffs - Appellants,

v.

JEAN CUNNINGHAM, in her official capacity as Chairman of the
Virginia State Board of Elections; HAROLD PYON, in his
official capacity as Vice-Chairman of the Virginia State
Board of Elections; NANCY RODRIQUES, in her official
capacity as Secretary of the Virginia State Board of
Elections,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:05-cv-00266-HEH)

Submitted: February 23, 2009          Decided: March 18, 2009

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Patrick M. McSweeney, Wesley G. Russell, Jr., MCSWEENEY, CRUMP,
CHILDRESS & TEMPLE, P.C., Richmond, Virginia; Kenneth T.
Cuccinelli, II, Paul A. Prados, CUCCINELLI & DAY, PLLC, Fairfax,
Virginia, for Appellants. Robert F. McDonnell, Attorney
General, Stephen R. McCullough, State Solicitor General, James

V. Ingold, Senior Assistant Attorney General, William C. Mims, Chief Deputy Attorney General, William E. Thro, Special Counsel to the Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Miller and the 11th Senatorial District Republican Committee appeal the district court's order denying their 42 U.S.C. § 1988(b) (2000) motion for attorneys' fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Miller v Cunningham</u>, No. 3:05-cv-00266-HEH (E.D. Va. June 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>